**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JONATHAN R. JENNINGS WALKER** **PLAINTIFF**
**ADC #179936**

**V.** **NO. 4:26-cv-00696-JM-ERE**

**ARKANSAS BOARD**
**OF CORRECTIONS, *et al.*** **DEFENDANTS**

**ORDER**

The Court has received a Partial Recommended Disposition ("PRD") filed by Magistrate Judge Edie R. Ervin. Plaintiffs have notified the Court that they will not file objections. After careful review of the record, the Court concludes that the PRD should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Walker's claims against the Arkansas Board of Corrections and the Arkansas Division of Corrections are DISMISSED, without prejudice. The Clerk is instructed to terminate these parties as party Defendants.

IT IS SO ORDERED, this 28th day of August, 2026.

UNITED STATES DISTRICT JUDGE