**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JONATHAN R. JENNINGS WALKER** **PLAINTIFF**
**ADC #179936**

**V.** **NO. 4:26-cv-00696-JM**

**JAMES GIBSON, *et al.*** **DEFENDANTS**

**JUDGMENT**

Pursuant to the Joint Stipulation of Dismissal (Dkt. No. 34), it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED this 26th day of October, 2026.

UNITED STATES DISTRICT JUDGE